**No. 25-7803**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

STATE OF ALASKA,
*Plaintiff-Appellant*

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,
*Defendants-Appellees*,

On appeal from the U.S. District Court
for the District of Alaska, Anchorage
Case No. 3:22-cv-00078-SLG
Hon. Sharon L. Gleason

## STATE'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), the State of Alaska moves for the voluntary dismissal of its appeal in the above-captioned case. The parties have agreed to each bear their own costs of the appeal (if any).

DATED: May 15, 2026.

CORI MILLS
ACTING ATTORNEY GENERAL

*/s/ Kimber Rodgers*
Kimberly D. Rodgers
Assistant Attorney General
Department of Law
1031 W. Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Email: kimber.rodgers@alaska.gov

*Attorney for the State of Alaska*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify that this document meets the type-volume requirements of Fed. R. App. P. 27(d) because it contains <u>46 words</u>, excluding the parts exempted under Rule 32(f). I further certify that this document complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ *Kimber Rodgers*
Kimberly D. Rodgers
Assistant Attorney General


**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically filed the foregoing by using the ACMS system. Participants in the case who are registered ACMS users will be served by the ACMS system.

/s/ *Kimber Rodgers*
Kimberly D. Rodgers
Assistant Attorney General